# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**STEVEN FRANCIS D'AMICO,**

    **Plaintiff,**

v.                                                          Case No. 1:22-cv-250-AW-MAF

**JENNIFER J. JOHNSON, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Before the court is the magistrate judge's November 21, 2022 Report and Recommendation. ECF No. 13. Having considered the matter, and having considered de novo the issues raised in Plaintiff's objections, ECF No. 15, I now order dismissal.

I adopt the report and recommendation to the extent it concludes Plaintiff is a three-striker and has not alleged any imminent danger. The motion to proceed IFP (ECF No. 9) is DENIED. The clerk will enter a judgment that says, "The case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on December 20, 2022.

                                                     s/ *Allen Winsor*
                                                     United States District Judge